IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| FRANCISCO ESPINOZA, | § | |
| Plaintiff, | § | |
| v. | § | 2:19-CV-0158-M-BR |
| LORIE DAVIS, *et al.*, | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files, and records in this case, and the May 13, 2021 Findings, Conclusions, and Recommendation of the Magistrate Judge, the court concludes the Magistrate Judge's Findings and Conclusions are correct. The recommendation of the Magistrate Judge is accepted, and the civil rights lawsuit filed by plaintiff Francisco Espinoza is dismissed.

SO ORDERED this 8th day of June, 2021.

_____
BARBARA M. G. LYNN
CHIEF JUDGE